UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00507-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH LEE CANDELAIRO,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, January 26, 2007,** and responses to these motions shall be filed by **Monday, February 5, 2007.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, February 16, 2007, at 1:30 p.m. in courtroom A-1002**  It is

    FURTHER ORDERED that a 4-day jury trial is set to commence on **Monday, February 26, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated:  January 2, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge