UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00507-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH LEE CANDELAIRO,

    Defendant.

## ORDER

THIS MATTER is before the Court on the parties Joint Motion to Continue the Proceedings and Extend Motions Deadlines [# 15], filed January 25, 2007.  The trial date in the case is currently set for February 26, 2007, and a hearing on pending motions is set for February 16, 2007.  The Defendant is currently indicted on one count of armed bank robbery, however, the Defendant is suspected in twelve additional bank robberies.  Defense counsel and the Government both indicate that a continuance of sixty days is sought in order to review the new discovery on the twelve additional robberies.

The Court, having reviewed the motion, and being fully advised in the premises, hereby finds that the Joint Motion to Continue the Proceedings and Extend Motions Deadlines should be granted.  I find that the failure to grant a continuance in this case which I do not find to be complex would deny the Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the

exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  I further find that the ends of justice served by an additional sixty (60) day extension of the speedy trial deadlines outweigh the best interest of the public and the Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that Joint Motion to Continue the Proceedings and Extend Motions Deadlines [# 15], filed January 25, 2007, is **GRANTED** pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  In accordance therewith, it is

FURTHER ORDERED that the speedy trial deadlines are tolled for an additional **sixty (60) days**.  It is

FURTHER ORDERED that both the trial date set for February 26, 2007, and the motions hearing set for February 16, 2007, are **VACATED**.  It is

FURTHER ORDERED that a status and case management conference is set for **Friday, April 13, 2007, at 1:30 p.m.**  It is

FURTHER ORDERED that each party shall file a status report by **Wednesday, April 4, 2007.**

Dated: January 29, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge